**Abatement Order filed June 27, 2013.**



**In The**

# Fourteenth Court of Appeals

**NO. 14-12-00715-CR**
**NO. 14-12-00716-CR**
**NO. 14-12-00720-CR**

**WILBURT DWAINE CASH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause Nos. 11-DCR-057110, 11-DCR-057111, 10-DCR-055517**

## A B A T E M E N T   O R D E R

Appellant, Wilburt Dwaine Cash, was convicted of six felonies:

(1) tampering with a witness committed on or about March 11, 2011[1];

(2) tampering with a witness committed on or about March 12, 2011[2];

---

[1] Trial court cause number 11-DCR-057110; appellate cause number 14-12-00715-CR.

[2] Trial court cause number 11-DCR-057111; appellate cause number 14-12-00716-CR.

(3) aggravated sexual assault[3];

(4) aggravated kidnapping[4];

(5) aggravated assault committed on or about September 12, 2010[5]; and

(6) aggravated assault committed on or about March 6, 2011.[6]

In a memorandum opinion issued June 20, 2013, we affirmed appellant's conviction of aggravated sexual assault (14-12-00718-CR) and dismissed for want of jurisdiction his appeals regarding his convictions of aggravated kidnapping (14-12-00719-CR) and aggravated assault committed on or about March 6, 2011 (14-12-00728-CR).

In dismissing cause numbers 14-12-00719-CR and 14-12-00728-CR, we determined that appellant received sufficient consideration to make his waivers of appeal in those causes valid. Appellant also signed waivers of appeal in the cause numbers subject of this order (14-12-00715-CR, 14-12-00716-CR, and 14-12-00720-CR). However, based on our review of the record, these waivers were not supported by adequate consideration and are invalid.

Additionally, the trial court's Rule 25.2(a)(2) certifications of appellant's right to appeal in cause numbers 14-12-00715-CR, 14-12-00716-CR, and 14-12-00720-CR have multiple boxes checked but apparently indicate that these were plea bargain cases and appellant has a right to appeal "as to punishment only." The record demonstrates appellant *did not plead guilty to these charges pursuant to a plea bargain*. On appeal in these causes, appellant challenges the sufficiency of the evidence supporting his convictions, but the current certifications preclude

---

[3] Trial court cause number 11-DCR-056924A; appellate cause number 14-12-00718-CR.

[4] Trial court cause number 11-DCR-056925A; appellate cause number 14-12-00719-CR.

[5] Trial court cause number 11-DCR-055517; appellate cause number 14-12-00720-CR.

[6] Trial court cause number 11-DCR-056926A; appellate cause number 14-12-00728-CR.

appellant from raising this issue in these appeals.

Accordingly, we **ORDER** the appeals **ABATED** and direct the trial court to file corrected Rule 25.2(a)(2) certifications of the defendant's right of appeal in cause numbers 14-12-00715-CR, 14-12-00716-CR, and 14-12-00720-CR. The court's certifications for each cause are to be included in supplemental clerk's records and transmitted to this court by **July 12, 2013**. The appeals will be reinstated when the supplemental clerk's records have been filed. The court may reinstate the appeals on the motion of any party or on its own motion.

It is so ORDERED.

PER CURIAM